James Charles BISHOP, Jr.

v.

STATE

CR-13-1854

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Calvin Levester CHAMBERS

v.

STATE

CR-13-1866

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Kenneth A. SMITH

v.

STATE

CR-13-1878

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Melvin R. BUSH

v.

ALABAMA DEP'T OF CORR. and
Alabama Bd. of Pardons &
Paroles

CR-13-1880

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

David Michael JONES

v.

STATE

CR-13-1883

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed